IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA S. MILLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　Defendant. | 1:09cv01084 DLB<br><br>ORDER GRANTING<br>APPLICATION FOR LATE FILING<br><br>(Document 14) |

On February 10, 2010, Plaintiff filed an application for a late filing, along with her Opening Brief. To date, Defendant has not indicated any objection. Accordingly, Plaintiff's application is GRANTED.

IT IS SO ORDERED.

　　Dated: __**February 17, 2010**__　　　　　　__**/s/ Dennis L. Beck**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1