IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA S. MILLER, ) | 1:09cv01084 DLB |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| ) | APPLICATION FOR LATE FILING |
| ) | |
| ) | (Document 14) |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

On February 10, 2010, Plaintiff filed an application for a late filing, along with her Opening Brief. To date, Defendant has not indicated any objection. Accordingly, Plaintiff's application is GRANTED.

IT IS SO ORDERED.

  Dated:   **February 17, 2010**              **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE

1