IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA S. MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>    Defendant. | 1:09cv01084 DLB<br><br>ORDER GRANTING<br>STIPULATION FOR<br>EXTENSION OF TIME<br><br>(Documents 16, 17) |

    On March 22, 2010, the parties filed a stipulation allowing Defendant additional time to file an opposition to the opening brief.[1]  The stipulation is GRANTED and Defendant's opposition is due on or before April 1, 2010.

    IT IS SO ORDERED.

    Dated: **March 23, 2010**                   **/s/ Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant filed a motion to extend time on March 12, 2010, prior to receiving a response from Plaintiff's counsel.

1